**CROSNER LEGAL, P.C.**
Zachary M. Crosner, Esq. (SBN: 272295)
zach@crosnerlegal.com
Blake R. Jones (SBN: 211221)
blake@crosnerlegal.com
Michael R. Crosner (SBN: 41299)
mike@crosnerlegal.com
9440 Santa Monica Blvd., Ste. 301
Beverly Hills, CA 90210

*Attorneys for Plaintiff,*
Jessica Jobe

# UNITED STATES DISTRICT COURT
## DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA JOBE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COMMUNITY MEDICAL CENTERS; BLACKBAUD, INC. and DOES 1-100, Inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01264<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR A CONTINUANCE OF SCHEDULING CONFERENCE & DEADLINE TO FILE JOINT STATEMENT** |

Having considered the Ex Parte Application for a Continuance of Scheduling Conference and Deadline to File Joint Statement pursuant to Rule 144(c) of the Local Rules of the United States District Court for the Eastern District of California, the supporting Declaration of Zachary Crosner, all other accompanying papers, and the arguments of counsel, and good cause appearing for the requested relief, the Court hereby GRANTS Plaintiff's Ex Parte Application, and continues the Scheduling Hearing to **June 21, 2021 at 1:30 p.m**.  A Joint status report shall be filed no later than **June  1, 2021**.

IT IS SO ORDERED
Dated:  April 2, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE