1  Teresa C. Chow, Esq. (SBN 237694)
   *tchow@bakerlaw.com*
2  **BAKER & HOSTETLER LLP**
   11601 Wilshire Boulevard, Suite 1400
3  Los Angeles, CA 90025-0509
   Telephone:    310.820.8800
4  Facsimile:    310.820.8859

5  *Attorneys for Defendant*
   FRESNO COMMUNITY HOSPITAL AND
6  MEDICAL CENTER d/b/a/ COMMUNITY
   MEDICAL CENTERS
7

8  *(Additional Counsel Listed on Next Page)*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAGINA BELL, individually and on behalf of all other similarly situated, | Case No.: 2:20-cv-02500-WBS-DS |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT** |
| v. | |
| COMMUNITY MEDICAL CENTERS; and DOES 1-100, Inclusive, | Current Response Due: Disputed<br>New Response Due: 06/18//2021 |
| Defendants. | Action Filed: 10/27/2020<br>Removal Date: 12/17/2020<br>FAC Filed: 04/20/2021 |

Zachary M. Crosner, Esq. (SBN 272295)
*zach@crosnerlegal.com*
Blake R. Jones (SBN 211221)
*blake@crosnerlegal.com*
Michael R. Crosner (SBN 41299)
*mike@crosnerlegal.com*
**CROSNER LEGAL, P.C.**
9440 Santa Monica Blvd., Suite 301
Beverly Hills, CA 90210
Telephone: 310.496.5818
Facsimile: 310.510.6429

Abbas Kazerounian, Esq. (SBN 249203)
*ak@kazlg.com*
Mona Amini, Esq. (SBN 296829)
*mona@kazlg.com*
**KAZEROUNIAN LAW GROUP, APC**
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: 800.400.6808
Facsimile: 800.520.5523

*Attorneys for Plaintiff*
RAGINA BELL

IT IS HEREBY STIPULATED AND AGREED, by and between RAGINA BELL ("Plaintiff") and FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER d/b/a/ COMMUNITY MEDICAL CENTERS ("Community Medical Centers," and together with Plaintiff, the "Parties"), by and through their respective attorneys, and subject to Court approval, that Community Medical Centers shall have an extension of time to respond to Plaintiff's First Amended Class Action Complaint, up to and including June 18, 2021, without prejudice to seek further extension upon written agreement.

*Whereas*, on October 27, 2020, Plaintiff filed this action in the Superior Court of the State of California for the County of Sacramento;

*Whereas*, on December 17, 2020, former defendant Blackbaud, Inc. ("Blackbaud") removed the action to this Court;

*Whereas*, that same day, on December 17, 2020, Plaintiff voluntarily dismissed Blackbaud from the case;

*Whereas*, Plaintiff did not serve defendant Community Medical Centers with a copy of the initial complaint;

*Whereas*, on April 20, 2021, Plaintiff filed her First Amended Class Action Complaint, and emailed a copy to counsel for Community Medical Centers;

*Whereas*, the Parties disagree about whether or not this was effective service, but have agreed to resolve this disagreement: Community Medical Centers agrees that service of the First Amended Class Action Complaint was effective as of May 10, 2021, and Plaintiff agrees that Community Medical Centers' response to Plaintiff's First Amended Class Action Complaint shall be due June 18, 2021; and

*Whereas*, the Parties have not previously requested or obtained any extension of time for Community Medical Centers to respond to the First Amended Class Action Complaint.

Based on the facts above and the Parties' agreement, it is hereby stipulated pursuant to Eastern District of California Local Rule 144, and subject to Court

approval, that Defendant may have up to and including June 18, 2021 to respond to the First Amended Complaint.

**IT IS SO STIPULATED.**

Dated:  May 19, 2021    **BAKER & HOSTETLER LLP**

By:  */s/ Teresa C. Chow*
       Teresa C. Chow

*Attorneys for Defendant*
FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER d/b/a/ COMMUNITY MEDICAL CENTERS

Dated:  May 18, 2021    **CROSNER LEGAL, P.C.**

       */s/* Chad A. Saunders
By:   (as authorized on May 19, 2021)
       Zachary M. Crosner, Esq.
       Blake R. Jones, Esq.
       Chad A. Saunders, Esq.
       Michael R. Crosner, Esq.

*Attorneys for Plaintiff*
RAGINA BELL

# ORDER

The Court, having read and considered the Parties' Stipulation to Extend Time to Respond to Plaintiff's First Amended Class Action Complaint, and for good cause appearing, **HEREBY ORDERS** that Community Medical Centers may have up to and including June 18, 2021 to respond to the First Amended Class Action Complaint.

The Scheduling Conference is continued to **September 13, 2021 at 1:30 p.m.** A joint status report shall be filed no later than **August 30, 2021**.

**IT IS SO ORDERED.**

Dated: May 21, 2021

_/s/ William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE