1  Teresa C. Chow, Esq. (SBN 237694)
   *tchow@bakerlaw.com*
2  **BAKER & HOSTETLER LLP**
   11601 Wilshire Boulevard, Suite 1400
3  Los Angeles, CA  90025-0509
   Telephone:          310.820.8800
4  Facsimile:          310.820.8859

5  *Attorneys for Defendant*
   FRESNO COMMUNITY HOSPITAL AND MEDICAL
6  CENTER d/b/a/ COMMUNITY MEDICAL CENTERS

7  *(Additional Counsel Listed on Next Page)*

8

9

10                **UNITED STATES DISTRICT COURT**

11                **EASTERN DISTRICT OF CALIFORNIA**

12 | RAGINA BELL, individually and on behalf of all other similarly situated, | Case No.: 2:20-cv-02500-WBS-DS |
|---|---|
| Plaintiff, | **FURTHER STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT** |
| v. | |
| COMMUNITY MEDICAL CENTERS; and DOES 1-100, Inclusive, | Current Response Due: 06/18/2021<br>New Response Due:    <u>07/09/2021</u><br>Action Filed:         10/27/2020<br>Removal Date:         12/17/2020 |
| Defendants. | FAC Filed:            04/20/2021 |

*[Left margin: BAKER & HOSTETLER LLP / ATTORNEYS AT LAW / WASHINGTON]*

Zachary M. Crosner, Esq. (SBN 272295)
*zach@crosnerlegal.com*
Blake R. Jones (SBN 211221)
*blake@crosnerlegal.com*
Michael R. Crosner (SBN 41299)
*mike@crosnerlegal.com*
**CROSNER LEGAL, P.C.**
9440 Santa Monica Blvd., Suite 301
Beverly Hills, CA  90210
Telephone:          310.496.5818
Facsimile:          310.510.6429

Abbas Kazerounian, Esq. (SBN 249203)
*ak@kazlg.com*
Mona Amini, Esq. (SBN 296829)
*mona@kazlg.com*
**KAZEROUNIAN LAW GROUP, APC**
245 Fischer Avenue, Unit D1
Costa Mesa, CA  92626
Telephone:          800.400.6808
Facsimile:          800.520.5523

*Attorneys for Plaintiff*
RAGINA BELL

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
WASHINGTON

IT IS HEREBY STIPULATED AND AGREED, by and between RAGINA BELL ("Plaintiff") and FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER d/b/a/ COMMUNITY MEDICAL CENTERS ("Community Medical Centers," and together with Plaintiff, the "Parties"), by and through their respective attorneys, and subject to Court approval, that (1) the Parties agree to provide the Court with an update regarding the status of this case's potential inclusion within the pending multi-district litigation against former defendant Blackbaud, Inc. ("Blackbaud"), as further described below, on or before June 25, 2021; and (2) Community Medical Centers shall have a further extension of time to respond to Plaintiff's First Amended Class Action Complaint ("FAC"), up to and including July 9, 2021.

*Whereas*, Plaintiff's FAC alleges that on or around September 11, 2020, defendant Community Medical Centers notified approximately 43,667 individuals regarding a data security incident at a third-party vendor named Blackbaud (*see* First Am. Compl. ¶¶ 17, 36);

*Whereas*, numerous cases were filed against Blackbaud in federal court over the Blackbaud incident, which the Judicial Panel on Multidistrict Litigation consolidated for pretrial proceedings in the United States District Court for the District of South Carolina on December 15, 2020, *see In re Blackbaud, Inc., Customer Data Security Breach Litigation*, --- F. Supp. 3d ----, 2020 WL 7382276, at *1-2 (J.P.M.L. Dec. 15, 2020) (the "*In re Blackbaud* MDL");

*Whereas*, plaintiffs' Liaison Counsel in the *In re Blackbaud* MDL recently tagged two pending California district court cases

for inclusion in that multidistrict litigation, even though Blackbaud was no longer a party to those cases, *see* **Ex. A**, Case Mang't Ord. No. 9 (Summary of Case Mang't Conf. No. 4) at pg. 1 (discussing *Mesa et al. v. Enloe Med. Center* (E.D. Cal., No. 2:20-cv-2483) and *Doe v. Rady Children's Hospital-San Diego et al.* (S.D. Cal., No. 3:21-cv-00114));

*Whereas*, based on statements made at the last case management conference in the *In re Blackbaud* MDL, the undersigned counsel believe that plaintiffs' Liaison Counsel therein intend to notice this case for tag-along status in the *In re Blackbaud* MDL as well, but have not done so as of this filing, *id.;*

*Whereas*, the actions against other third-party Blackbaud customers in the *In re Blackbaud* MDL are presently stayed until July 29, 2021, *see* **Ex. B**, Case Mang't Ord. No. 8 (Summary of Case Mang't Conf. No. 8) at pg. 1, and there is currently a mediation scheduled for early-October 2021, *see* **Ex. A** at pg. 2;

*Whereas*, based on the above procedural status of the *In re Blackbaud* MDL, the undersigned counsel have conferred, and jointly agree that it would be most efficient for the Parties and for the Court to extend Community Medical Centers' deadline for filing a motion to dismiss the FAC for an additional twenty-one days (21) days, up to and including July 9, 2021, to avoid potentially unnecessary motion to dismiss filings before this Court;

*Whereas*, the Parties previously stipulated to, and the Court approved, an extension of time for Community Medical Centers to respond to the FAC from May 31, 2021 up to and including the current deadline of June 18, 2021 (Dkt. 12);

*Whereas*, the further extension stipulated to herein will not impact any dates set by the Court; and

*Whereas*, the Parties further agree to provide the Court with a status update on this case's potential inclusion within the *In re Blackbaud* MDL on or before June 25, 2021;

Based on the facts above and the Parties' agreement, it is hereby stipulated pursuant to Eastern District of California Local Rule 144, and subject to Court approval, that the Parties shall provide the Court with a status update on this case's potential inclusion within the *In re Blackbaud* MDL on or before June 25, 2021, and Community Medical Centers may have up to and including July 9, 2021 to respond to the FAC.

**IT IS SO STIPULATED.**

Dated: June 16, 2021          **BAKER & HOSTETLER LLP**

                              By: */s/ Teresa C. Chow*
                                  Teresa C. Chow

                              *Attorneys for Defendant*
                              FRESNO COMMUNITY HOSPITAL AND
                              MEDICAL CENTER d/b/a/ COMMUNITY
                              MEDICAL CENTERS

Dated: June 16, 2021          **CROSNER LEGAL, P.C.**

                                  */s/* Chad A. Saunders
                              By: (as authorized on June 16, 2021)
                                  Zachary M. Crosner, Esq.
                                  Blake R. Jones, Esq.
                                  Chad A. Saunders, Esq.
                                  Michael R. Crosner, Esq.

                              *Attorneys for Plaintiff*
                              RAGINA BELL

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
WASHINGTON

**ORDER**

The Court, having read and considered the Parties' Further Stipulation to Extend Time to Respond to Plaintiff's First Amended Class Action Complaint, and for good cause appearing, **HEREBY ORDERS** that Community Medical Centers may have up to and including July 9, 2021 to respond to the FAC. The Parties shall provide the Court with a status update on this case's potential inclusion within the *In re Blackbaud* MDL on or before June 25, 2021.

**IT IS SO ORDERED.**

Dated:   June 17, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE